UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-20820-BLOOM/Elfenbein

WILLIAM RAMIREZ,

    Plaintiff,

v.

TD DANS CORP.,
SERGIO DANS,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon Plaintiff William Ramirez' Motion to Enforce Settlement Agreement ("the Motion") pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201-219, ECF No. [25]. The Plaintiff's Motion was previously referred to the Honorable Marty Fulgueira Elfenbein for a Report & Recommendation ("R&R"), ECF No. [28]. On September 16, 2024, Judge Elfenbein issued an R&R recommending that Plaintiff's Motion be denied, ECF No. [32].

The R&R advised the parties that objections to the R&R shall be filed with the District Judge within fourteen days of receipt of a copy of the report. *Id*. at 8. To date, neither party has filed objections, nor have the parties sought additional time to file objections. The Court has, nonetheless, conducted a *de novo* review of the R&R, the record in this case and is otherwise fully advised. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)).

Upon review, the Court finds Judge Elfenbein's R&R to be well reasoned and correct. The

Case No. 23-cv-20820-BLOOM/Elfenbein

Court agrees with the analysis in the R&R and concludes that Plaintiff's Motion must be denied for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. The R&R, **ECF No. [32]** is **ADOPTED**; and

2. Plaintiff's Motion to Enforce Settlement Agreement, **ECF No. [25]**, is **DENIED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 3, 2024.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record